

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-37,031-03

### EX PARTE PETE EDWARD CHANDLER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 95-03-0019M-CR-B IN THE 97TH DISTRICT COURT FROM MONTAGUE COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of two counts of aggravated robbery and sentenced to twenty years' imprisonment in count I and thirty years' imprisonment in count II. He did not appeal his convictions. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Via multiple supplemental applications, Applicant raised eight claims of denial of due process during his parole revocation process. This Court has reviewed those claims for review and determined that they are without merit. Therefore, they are denied. Applicant's remaining claims are barred from review by Article 11.07, Section 4 of the Texas Code of Criminal Procedure, and are dismissed.

Filed: February 8, 2023
Do not publish